# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141009(44)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                          SC: 141009
                                          COA: 287459

MARK SLAUGHTER,
          Defendant-Appellee.
                                          Oakland CC: 2007-218038-FH

_____

      On order of the Chief Justice, the motion by plaintiff-appellant for extension to September 20, 2010 of the time for filing their brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2010

_____
Clerk